IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ANDRA GROUP, LP | § | CIVIL ACTION NO: 5:24-cv-00085 |
| *Plaintiff* | § | |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| HENNES & MAURITZ AB | § | |
| | § | |
| *Defendant* | § | |

# ORDER

Before the Court is Plaintiff's Notice of Dismissal with Prejudice. Docket No. 9. The notice stipulates that "all claims in this action [are dismissed] WITH PREJUDICE. Pursuant to the agreement between the parties, each party agrees to bear their own legal fees and costs." *Id.* Having considered the notice of dismissal, it is **ACCEPTED**. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 30th day of October, 2024.**

*[Signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

Case 5:24-cv-00085-RWS    Document 10    Filed 10/30/24    Page 2 of 2 PageID #: 120